**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)**

Rebecca Beliard _____ vs. Frontier Airlines, Inc. _____ Appeal No. 25-10806-G

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Rebecca P. Beliard

Submitted by:
Signature: /s/Rebecca P. Beliard
Name: Rebecca P. Beliard             Prisoner # (if applicable): _____
Address: 121 NE 34th St., Apt. 2714, Miami, FL 33137
Telephone #: 631-839-1348

Rev.: 2/23

*[Stamp: RECEIVED CLERK MAR 31 2025 ATLANTA, GA U.S. C...]*

U.S. COURT OF APPEALS RECEIVED CLERK MAR 31 2025 ATLANTA, GA

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

*(Use this form only if service is being made other than through the Court's electronic-filing system.)*

**Rebecca Beliard** vs. Frontier Airlines, Inc.    Appeal No. **25-10806-G**

FRAP 25(b) through (d) (attached) require that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. Unless the document is being served through the Court's electronic-filing system, the person making service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.** *Please type or print legibly.*

I hereby certify that on (date) **03/24/2025**, a true and correct copy of the foregoing (title of filing) **Certificate of Interested Parties** has been (check one):

[✓] sent by mail, postage prepaid

[ ] deposited in the prison's internal mailing system with first-class postage prepaid

[ ] sent by electronic means with the consent of the person being served

[ ] other (specify manner of service) _____

and properly addressed to the persons whose names and addresses are listed below:

Jordan N. Bittle, 515 East Las Olas Blvd., Ste 1200, Ft. Lauderdale, FL 33301

Joshua Levenson, 515 East Las Olas Blvd., Ste 1200, Ft. Lauderdale, FL 33301

Christopher Bellows, 701 Brickell Avenue, Ste 3300, Miami, FL 33131

**Rebecca P. Beliard**
Your Name (please print)

**/s/ Rebecca P. Beliard**
Your Signature

Rebecca P. Bernard
121 NE 34th St. Apt. 2714
Miami, Fl 33137





Eleventh Circuit of Appeals
56 Forsyth Street NW
Atlanta, GA 30303