IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 25-10806-G

REBECCA BELIARD,

Appellant,

v.

FRONTIER AIRLINES, INC.,

Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-23321-KMM

APPELLEE FRONTIER AIRLINES, INC.'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE
STATEMENT

**HOLLAND & KNIGHT LLP**
Joshua R. Levenson
Jordan N. Bittle
515 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 525-1000
Fax: (954) 463-2030

**HOLLAND & KNIGHT LLP**
Christopher N. Bellows
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

*Counsel for Appellee*

# CERTIFICATE OF INTERESTED PERSONS

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure, and Rules 26.1-1 and 26.1-2 of the Rules of the United States Court of Appeals for the Eleventh Circuit, undersigned counsel for Appellee Frontier Airlines, Inc., gives notice of the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal:

Beliard, Rebecca, Plaintiff/Appellant

Bellows, Christopher N., Counsel for Appellee

Bittle, Jordan N., Counsel for Appellee

David, Geralda, former Counsel for Plaintiff/Appellant

David Law Office, P.A., former Counsel for Plaintiff/Appellant

Frontier Airlines, Inc., Appellee

Higgins, Gabrielle Leigh, former Counsel for Plaintiff/Appellant

Holland & Knight LLP, Counsel for Appellee

Levenson, Joshua R., Counsel for Appellee

Louis, Honorable Lauren Fleischer, United States Magistrate Judge

Moore, Honorable Judge K. Michael, United States District Court Judge

Stein, Brandon, former Counsel for Plaintiff/Appellant

Steinlaw, P.A., former Counsel for Plaintiff/Appellant

# CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 through 26.1-3, Appellee Frontier Airlines, Inc. hereby certifies that the following is a full and complete list of all publicly traded companies or corporations that have an interest in the outcome of this appeal:

1. Frontier Group Holdings, Inc., a Delaware corporation, is a public entity and is the 100% owner of Frontier Airlines Holdings, Inc.

2. Frontier Airlines Holdings, Inc., a Delaware corporation, is a holding company and is the 100% owner of Frontier Airlines, Inc.

3. Frontier Airlines, Inc. is a Colorado corporation.

Dated: April 9, 2025                                              Respectfully submitted,

| | |
|---|---|
| **HOLLAND & KNIGHT LLP** | **HOLLAND & KNIGHT LLP** |
| Joshua R. Levenson | Christopher N. Bellows |
| Florida Bar No. 56208 | Florida Bar No. 512745 |
| joshua.levenson@hklaw.com | christopher.bellows@hklaw.com |
| Jordan N. Bittle | 701 Brickell Avenue, Suite 3300 |
| Florida Bar No. 1031464 | Miami, FL 33131 |
| Jordan.bittle@hklaw.com | Tel: (305) 374-8500 |
| 515 E. Las Olas Blvd., Suite 1200 | Fax: (305) 789-7799 |
| Fort Lauderdale, FL 33301 | |
| Phone: (954) 525-1000 | By: */s/ Christopher N. Bellows* |
| Fax: (954) 463-2030 | Christopher N. Bellows |

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

     I CERTIFY that on this 9th day of April, 2025, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the Eleventh Circuit CM/ECF system, which will send notification of filing to all parties of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Rebecca Beliard
RPB Law, PLLC
121 NE 34th St Unit 2714
Miami, FL 33137-3886
Email: hello@rebeccabeliard.com;
rebecca@rebeccabeliardesq.com;
rebecca@rebeccabeliard.com;
rebecca@rpblawfirm.com
**[ via E-mail ]**

                                                   */s/ Christopher N. Bellows*
                                                      Christopher N. Bellows